Case 7:14-cv-00416-MFU-RSB   Document 1   Filed 08/07/14   Page 1 of 11   Pageid#: 1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 07 2014
JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

In the United States of ~~America~~ Sixth District Court

7:14-CV-00416

Owaiian M. Jones,

v

The Supreme Court of Virginia,
The Circuit Court of City of
  Roanoke, Virginia
The United States District Court
  Western District, Roanoke
  Division
President of United States of America, Governor of Virginia
and/or Mayor of city

Complaint
at law. Writ of Mandamus and Prohibitum

(Please file and process in accordance with instructions contained herein.)

  Comes now the Plaintiff and files this Writ of Mandamus and Prohibitum and allege the following:

  1.) The plaintiff legal matters are not being addressed by the defendants.

  2.) The courts nor their clerk offices via courts overall management are handling the affairs of the plaintiff.

RECEIVED
AUG 0 7 2014
USDC Clerk's Office
Mail Room

3.) In the Supreme Court of Virginia the court issued decisions within last six months without case numbers affecting the Plaintiff's rights on grounds of lack of jurisdiction when this is plainly wrong, mistaken, arbitrary and capricious and thusly clearly shows none of the court member reviewed the file nor understood it. Especially, since the Plaintiff never was appointed counsel when he is 1) blind (partially) 2) deaf (partially) -- (both intermittedly) 3.) no staff assistance via paralegal 4) indigent and etc. See Supreme Court of Virginia: Jones v Supreme Court of VA, et.al. and/or Commonwealth of VA, and/or this court's file. See also; the Circuit Court of City of Roanoke, VA CR BCU-1338, 39, 94 and/or 1700-SC2 and etc.

4.) The same problems exist with the United States District Court, Western District, Roanoke, VA

This court repeated disregard basic instruction. A recent case of this court is meeting the same test of the United States District Court Judges during nothing, please issue a Writ of Mandamus requiring the court to hold a hearing on the plaintiff's matters and prohibit any court member or other from interfering with the process and/or legal rights of the Plaintiff.

4.) The Circuit Court of City of Roanoke, VA, should be closed now because of lack of doing its job including failing to issue and/or provide final orders in the above-mentioned cases of 1300-1538, 1539 and 1300-1599 and 1400-502. See the files.

5.) The files of 1300-1538, 1300-1539, and 1400-502 are incorporated herein by reference which should be reviewed.

6) Both Mandamus and Prohibition should be issued in like manner as indicated above.

7.) For these and other facts to be demonstrated in open court considering the plaintiff alleges his US Constitutional rights as well as Virginia Constitution rights are being violated by physical and sexual violence against him; which is life and death situation including civil rights such as being called a "nigger!" Being rough by white policemen all is violation of Civil Rights Act of 1964 and/or derivative.

8) Furthermore, his PREA Prison Reform Elimination Act rights of 2002 and American with Disabilities Act rights are being violated since the matters are not being addressed, sexual and physical assault and retaliation. And no assistance

Page 3 of 5

8) Ruquestiun that court issue same and that to follow the same writs of mandamus and prohibition to: issue against President of United States of America known as Obama; Governor of Virginia known as McAuliffe; similar spelling and/or whatsoever so as help with Mayor of Roanoke serving and hearing when the plaintiff is partially and intermittently blind and deaf. Now why the court set idly abide the ~~clerk~~ Plaintiff is being robbed and stolen from by local, prosecution officers of Roanoke City Sheriff's office and Rappahannock Regional Jail of Stafford County and/or commonwealth Attorney's office in Stafford County via Eric Olsen and Sheriff's office of Stafford County. — City of Roanoke known as Sewers based on their and their derivatives poor supervision and/or apathy.

8) Please issue temporary, and/or permanent injunctions, award appropriate ledgement, attorneys fees and/or assistance and any other remedy available at law.

9) Please note the Plaintiff is indigent and has no personal assets

and state under penalty of perjury he has no income and is indigent and/or impecunious.

9) The followings are requests via motions and etc.

## II. Motions

1.) The Plaintiff be given supervision of the Clerk to insure the Roanoke City Jail and/or Rappahannock Regional Jail, Stafford County, VA assist the Plaintiff meet requirements of the court.

2) The Plaintiff should be given counsel, paralegals and staff support and etc. to accommodate this suit, ADA, and/or protective custody.

3.) All ancillary and pendant suits/actions should be handled within this court for Virginia matters.

4.) That standard discovery be drafted by the Plaintiff's attorney along with all standard discovery be issued by court by pretrial order not applicable to Plaintiff while incarcerated.

5.) For these and other relief to be granted and stated in open court with the right of Plaintiff to personally appear for the court.

## III.
### Requests

1) Please provided me with a copy of following files pursuant to discovery:

    a.) a copy of all files of CR 1360-1538, 1539 and 1594 along with CR 1400-502 and/or all relevant documents and/or related to aforementioned in possession of defendants.

    b.) any documents and/or exhibits

to be introduced by defendants
order

c.) all hard copy documents related
to name of Plaintiff and/or
his account dc13c238829 and
etc.

d.) copies of all disc and
related information on hard drives
at defendant's computers

e.) The local rules and practices
of the court by the defendants.

f.) certified copy of this filing
and/or any forms necessary complete
the filing;

g.) all diagrams, drawings and
etc of Roanoke City Jail and/or
Rappahannock Regional Jail
including handbooks and
one's admission taken note
to as well, the local rules
of jail and etc.

Respectfully Submitted,

Page 5 of 5

/s/ Owarren M. Jones

Owarren M. Jones
aka Jesusemsg Malcolmx Muhammed
Missiah-Allah
#2013&238829
324 Camphill Avenue S.W.
Roanoke, VA 24016

Certificate of Mailing

Please mail copies to all interested parties as required by the Federal Rules of Supreme Court of United States of America.

Dated August 4, 2014
of Our Lord and Savior Jesus Christ

Thought For To Day

Proverbs 13:7.

Quarram M. Jones, Esq
324 Camp bell Avenue,
S.W.
Roanoke, VA 24016
Legal Mail

ROANOKE VA 240
06 AUG 2014
INMATE
ROANOKE CITY JAIL

U.S. District Court
Clerk's office
210 Franklin Road,
Suite 540
Roanoke, VA 24011

RECEIVED
AUG 07 2014
USDC Clerk's Office
Mail Room