CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| OWAIIAN M. JONES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:14-cv-00416 |
| v. | ) | **DISMISSAL ORDER** |
| THE SUPREME COURT OF VIRGINIA, et al., | ) | By: Michael F. Urbanski<br>United States District Judge |
| Defendant(s). | | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of August, 2014.

/s/ Michael F. Urbanski
United States District Judge